# United States Bankruptcy Court
### Eastern District of Michigan

In re   **Trenton Land Holdings, LLC**                             Case No. _____

                                         Debtor(s)                 Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Sapir Group LLC<br>c/o The Sapir Organization<br>Attn: Richard L'Altrelli<br>384 Fifth Avenue<br>New York, NY 10018** | **Sapir Group LLC<br>c/o The Sapir Organization<br>Attn: Richard L'Altrelli<br>New York, NY 10018** | **Approximately 195 acres in Trenton, Wayne County, Michigan, with a street address of 1491 West Jefferson Avenue.** | | **10,000,000.00<br>(16,726,075.00 secured)<br>(32,486,032.00 senior lien)** |
| **Deneb Investments, LLC<br>c/o Gregory L. Wysocki<br>Kotz Sangster Wysocki & Berg, P.C.<br>400 Renaissance Center-Suite 2555<br>Detroit, MI 48243** | **Deneb Investments, LLC<br>c/o Gregory L. Wysocki<br>Kotz Sangster Wysocki & Berg, P.C.<br>Detroit, MI 48243** | **Approximately 195 acres in Trenton, Wayne County, Michigan, with a street address of 1491 West Jefferson Avenue.** | | **25,000,000.00<br><br>(16,726,075.00 secured)** |
| **Wayne County Treasurer<br>c/o Jacob S. Ghannam, Esq.<br>400 Monroe Street, Suite 660<br>Detroit, MI 48226** | **Wayne County Treasurer<br>c/o Jacob S. Ghannam, Esq.<br>400 Monroe Street, Suite 660<br>Detroit, MI 48226** | **Approximately 195 acres in Trenton, Wayne County, Michigan, with a street address of 1491 West Jefferson Avenue.** | | **3,653,131.00<br>(16,726,075.00 secured)<br>(42,486,032.00 senior lien)** |
| **Mellissande Limited<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304** | **Mellissande Limited<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304** | **Approximately 195 acres in Trenton, Wayne County, Michigan, with a street address of 1491 West Jefferson Avenue.** | | **2,606,185.00<br>(16,726,075.00 secured)<br>(46,139,163.00 senior lien)** |
| **Sapir Group LLC<br>c/o The Sapir Organization<br>Attn: Richard L'Altrelli<br>384 Fifth Avenue<br>New York, NY 10018** | **Sapir Group LLC<br>c/o The Sapir Organization<br>Attn: Richard L'Altrelli<br>New York, NY 10018** | | | **455,000.00<br><br>(0.00 secured)** |

In re   **Trenton Land Holdings, LLC**                     Case No. _____

                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Michigan Dept. of Environmental Quality 525 W. Allegan Street P.O. Box 30473 Lansing, MI 48909-7973** | **Michigan Dept. of Environmental Quality 525 W. Allegan Street P.O. Box 30473 Lansing, MI 48909-7973** | **Possible liability under Comprehensive Correction Action & Remedial Consent Order dated December, 1999** | **Unliquidated** | **Unknown** |
| **U.S. Environmental Protection Agency Region Five 77 W. Jackson Blvd. Chicago, IL 60604** | **U.S. Environmental Protection Agency Region Five 77 W. Jackson Blvd. Chicago, IL 60604** | **Possible liability under Comprehensive Correction Action & Remedial Consent Order dated December, 1999** | **Unliquidated** | **Unknown** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                   Best Case Bankruptcy

In re   **Trenton Land Holdings, LLC**                                        Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 29, 2010**                        Signature   **/s/ Michael Wilkinson**
                                                            **Michael Wilkinson**
                                                            **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                        Best Case Bankruptcy