UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                      Chapter 11

**TRENTON LAND HOLDINGS, LLC,**      Case No. 10-60990-TJT

Debtor.                             Hon. Thomas J. Tucker
_____/

## DECLARATION AND DISCLOSURE STATEMENT ON BEHALF OF HONIGMAN MILLER SCHWARTZ AND COHN LLP

Michelle Epstein Taigman makes this declaration pursuant to 28 U.S.C. § 1746, and states:

1. I am a partner of Honigman Miller Schwartz and Cohn LLP, located at 2290 First National Building, 660 Woodward Avenue, Detroit, Michigan 48226-3506 (the "Company").

2. Durham Partners, LLC ("Durham") and Michael Wilkinson ("Wilkinson") have requested that the Company represent and provide legal services to Durham and Wilkinson in connection with the captioned bankruptcy proceeding involving Trenton Land Holdings, LLC (the "Debtor"), and the Company has consented to provide such services (the "Services"). Durham and Wilkinson are, respectively, a secured creditor and a party in interest in the Debtor's bankruptcy proceedings.

3. The Company previously represented the Debtor, as well as related entities DSC Ltd. and Detroit Steel Company, L.L.C., and performed various services including without limitation representation of the Debtor, DSC Ltd. and Detroit Steel Company, L.L.C. in connection with an ongoing real property tax appeal (the "Tax Appeal"). As of the date of commencement of the Debtor's bankruptcy proceedings, the Debtor only owed the company a nominal amount for prepetition legal services.

4. The Company is not certain whether it will be asked to continue to provide services to the Debtor as special counsel in connection with the Tax Appeal or otherwise, but the Company believes that any ongoing representation of the Debtor or other related entities in the Tax Appeal or otherwise would not be in conflict with its representation of Durham and Wilkinson or its provision of the Services.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on August 6, 2010, at Detroit, Michigan.

*Michelle Epstein* (signature)

Michelle Epstein Taigman

DETROIT.4282361.1