UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

TRENTON LAND HOLDINGS, LLC,   Chapter 11

    Debtor.   Case No. 10-60990-TJT

Tax Identification No.: 16-1658901   Hon. Thomas J. Tucker

_____/

**CONSENT TO ENTRY OF FIRST AMENDED ORDER
RESOLVING MOTION TO VACATE THE AUTOMATIC STAY
AS TO THE WAYNE COUNTY TREASURER**

    The parties hereby stipulate to entry of the First Amended Order Resolving Motion to Vacate the Automatic Stay as to the Wayne County Treasurer.

| **KILPATRICK & ASSOCIATES, P.C.** | **SILVERMAN & MORRIS, P.L.L.C.** |
|---|---|
| By: /s/ Leonora K. Baughman<br>Leonora K. Baughman (P33534)<br>Attorneys for Wayne County Treasurer<br>615 Griswold, Ste. 1004<br>Detroit, Michigan 48226<br>Tel: (313)-963-2581<br>ecf@kaalaw.com | By: /s/ Karin F. Avery<br>Geoffrey L. Silverman (P34011)<br>Karin F. Avery (P45364)<br>Attorneys for Debtor<br>7115 Orchard Lake Road, Suite 500<br>West Bloomfield, Michigan 48322<br>Tel: (248) 539-1330; Fax: (248) 539-1355<br>avery@silvermanmorris.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

TRENTON LAND HOLDINGS, LLC,                  Chapter 11

    Debtor.                                      Case No. 10-60990-TJT

Tax Identification No.: 16-1658901               Hon. Thomas J. Tucker
_____/

**FIRST AMENDED ORDER RESOLVING MOTION TO VACATE THE
AUTOMATIC STAY AS TO THE WAYNE COUNTY TREASURER**

    **IT IS HEREBY ORDERED** that the Motion to Vacate the Automatic Stay ("Motion") as to the Wayne County Treasurer ("Treasurer") is resolved as set forth herein.

    **IT IS FURTHER ORDERED** that the Debtor shall make monthly interest payments to the Treasurer in the amount of $20,000.00 each, commencing on May 1, 2011, and continuing until the effective date of a confirmed plan of reorganization. Such interest payments shall be deemed to satisfy the requirements of 11 U.S.C. § 362(d)(3) as to the Treasurer.

    **IT IS FURTHER ORDERED** that, as part of the Debtor's fulfillment of the requirements of 11 U.S.C. § 362(d)(3) as to the Treasurer, the Debtor shall cause the water treatment and related environmental monitoring to continue, consistent with past practices. However, such obligation is solely to fulfill part of the requirements of 11 U.S.C. § 362(d)(3) as to the Treasurer and creates no (and shall not be construed to create any) obligation or duty on the part of the Debtor to cause the water treatment and related environmental monitoring to continue.

    **IT IS FURTHER ORDERED** that, in the event the Debtor fails to timely make any such interest payment, and/or fails to cause the water treatment and related environmental monitoring to continue, and fails to cure such default within 15 days after the Treasurer has provided the Debtor's

counsel with written notice of such default, the Treasurer may seek, and the Court may schedule, an expedited hearing on the Motion, on 7 days' prior notice to the Debtor.

**IT IS FURTHER ORDERED** that, in the event the Debtor generates any revenue other than from the sale of property, the Treasurer consents to such revenue being used to pay administrative expenses, including the expenses required to comply with this Order.