UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:

TRENTON LAND HOLDINGS, LLC,                        Chapter 11

    Debtor.                                          Case No. 10-60990-TJT

Tax Identification No.: 16-1658901                 Hon. Thomas J. Tucker

_____/

**CONSENT TO FORM OF ORDER GRANTING DEBTOR'S MOTION
TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112 AND FOR RELATED RELIEF**

    The parties hereby consent to the form of the Order Granting Debtor's Motion to Dismiss

Case Pursuant to 11 U.S.C. § 1112 and for Related Relief, an accurate copy of which is attached

hereto.

**KILPATRICK & ASSOCIATES, P.C.**            **SILVERMAN & MORRIS, P.L.L.C.**


By:    /s/ Leonora K. Baughman            By:    /s/ Karin F. Avery
       Leonora K. Baughman (P33534)              Geoffrey L. Silverman (P34011)
Attorneys for Wayne County Treasurer                Karin F. Avery (P45364)
615 Griswold, Suite 1004                     Attorneys for Debtor
Detroit, Michigan 48226                      7115 Orchard Lake Road, Suite 500
Tel: (313)-963-2581                          West Bloomfield, Michigan 48322
ecf@kaalaw.com                               Tel: (248) 539-1330; Fax: (248) 539-1355
                                             avery@silvermanmorris.com


**MILLER JOHNSON**                           **DANIEL M. McDERMOTT,
                                             UNITED STATES TRUSTEE
                                             MICHIGAN/OHIO, REGION 9**

By:    /s/ John Piggins
       John T. Piggins (P34495)
Attorneys for Riverview-Trenton             By:    /s/ Richard A. Roble
Railroad Company                                   Richard A. Roble (P51429)
250 Monroe Ave N.W., Suite 800                     Trial Attorney
P.O. Box 306                                211 W. Fort St., Suite 700
Grand Rapids, Michigan 49501                Detroit, Michigan 48226
Tel: (616) 831-1793; Fax: (616) 988-1793    richard.a.roble@usdoj.gov
pigginsj@millerjohnson.com

Dated: November 2, 2011
X:\Clients\Trenton Land Holdings (Chp. 11)\Motions\Motion to Dismiss Case\Consent to form of Order Granting Debtor's Motion to Dis 11 02 11.doc

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                                    Chapter 11

TRENTON LAND HOLDINGS, LLC,                               Case No. 10-60990-TJT

        Debtor in Possession.                       Hon. Thomas J. Tucker

Tax Identification No. 16-1658901

                                             /

## ORDER GRANTING DEBTOR'S
## MOTION TO DISMISS CASE PURSUANT TO
## 11 U.S.C. § 1112 AND FOR RELATED RELIEF

**THIS MATTER** having come before the Court upon Debtor's Motion to Dismiss Case

Pursuant to 11 U.S.C. § 1112 and for Related Relief (the "Motion"), notice of the Motion

having been served on all appropriate parties, the U.S. Trustee having requested that certain

changes be made to the order, an objection having been filed by Riverview-Trenton Railroad

Company ("RTRR"), a hearing having been held on November 2, 2011, and the Court being

fully advised in the premises;

    **THE COURT NOW FINDS** that the relief requested in said Motion should be granted.

    **IT IS THEREFORE ORDERED** that this bankruptcy case is hereby dismissed.

    **IT IS FURTHER ORDERED** that counsel for Debtor shall file, by December 31,

2011, an application for approval of compensation pursuant to 11 U.S.C. § 330, and this Court

shall retain jurisdiction to adjudicate any objections filed thereto, and to enter an order with

respect to such application.

**IT IS FURTHER ORDERED** that if Debtor fails to pay any outstanding quarterly fees due to the U.S. Trustee, or if the Debtor has not filed all Monthly Operating Reports which may be due, within 14 days of entry of this Order, the U.S. Trustee may reopen the case and request conversion to a Chapter 7 liquidation.