UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                    Chapter 11

TRENTON LAND HOLDINGS, LLC,                                               Case No. 10-60990-TJT

        Debtor in Possession.                                              Hon. Thomas J. Tucker

Tax Identification No. 16-1658901
_____/

ORDER GRANTING DEBTOR'S
MOTION TO DISMISS CASE PURSUANT TO
11 U.S.C. § 1112 AND FOR RELATED RELIEF

      This case came before the Court on Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112 and for Related Relief (Docket # 86, the "Motion"), notice of the Motion having been served on all appropriate parties, the United States Trustee having requested that certain changes be made to the order, an objection having been filed by Riverview-Trenton Railroad Company ("RTRR"), a hearing having been held on November 2, 2011, and for the reasons stated by the Court on the record during the hearing;

      **IT IS ORDERED** that the Motion is granted, and this bankruptcy case is dismissed.

      **IT IS FURTHER ORDERED** that counsel for Debtor must file, no later than December 31, 2011, an application for approval of compensation pursuant to 11 U.S.C. § 330, and this Court retains jurisdiction to adjudicate any objections filed thereto, and to enter an order with respect to such application. This case will remain open for this purpose.

      **IT IS FURTHER ORDERED** that if Debtor fails to pay any outstanding quarterly fees due to the United States Trustee, or if the Debtor has not filed all Monthly Operating Reports

which may be due, within 14 days of entry of this Order, the United States Trustee may file a motion to reopen the case and request conversion to a Chapter 7 liquidation.

.

**Signed on November 04, 2011**

                                             /s/ Thomas J. Tucker
                                             Thomas J. Tucker
                                             United States Bankruptcy Judge