Form ntcdsm1

211 West Fort Street  
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **10−60990−tjt**  
Chapter: 11

In Re: (NAME OF DEBTOR(S))  
    Trenton Land Holdings, LLC  
    1491 West Jefferson Avenue  
    Trenton, MI 48183

Social Security No.:

Employer's Tax I.D. No.:  
    16−1658901

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **11/4/11**, an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 11/4/11

    BY THE COURT

    Katherine B. Gullo , Clerk of Court  
    UNITED STATES BANKRUPTCY COURT

```
                           United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                              Case No. 10-60990-tjt
Trenton Land Holdings, LLC                                          Chapter 11
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0645-2      User: tszuc                 Page 1 of 2        Date Rcvd: Nov 04, 2011
                          Form ID: ntcdsm             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2011.
```
dbpos      +Trenton Land Holdings, LLC,    1491 West Jefferson Avenue,    Trenton, MI 48183-1240
19018534   +City of Trenton,    Treasurer's Office,    2800 3rd Street,    Trenton, MI 48183-2918
19018538   +DSC Ltd.,    1491 West Jefferson Avenue,    Trenton, MI 48183-1240
19018535   +Deneb Investments, LLC,    c/o Gregory L. Wysocki, Esq.,    Kotz, Sangster, Wysocki & Berg, P.C.,
             400 Renaissance Center, Suite 2555,    Detroit, MI 48243-1675
19583427   +Detroit Steel Company, LLC,    Attn: Michael Wilkinson,    1491 West Jefferson Avenue,
             Trenton, MI 48183-1240
19018539   +Durham Partners, LLC,    Attn: Michael Wilkinson,    1491 West Jefferson Avenue,
             Trenton, MI 48183-1240
19018540   +Jones Day,    Attn: James Salerno, Esq.,    222 East 41st Street,    New York, NY 10017-6727
19018541   +Kent Holdings, L.C.,    1491 West Jefferson Avenue,    Trenton, MI 48183-1240
19048761   +Kilpatrick and Associates, PC,    On Behalf of Wayne County Treasurer,
             903 N. Opdyke Road, Suite C,    Auburn Hills, MI 48326-2693
19018542   +Mellissande Limited,    38505 Woodward Avenue,    Suite 2000,    Bloomfield Hills, MI 48304-5096
19018543   +Michigan Department of Treasury,    Collection Division,    P.O. Box 30199,
             Lansing, MI 48909-7699
19018544   +Michigan Department of Treasury,    c/o Attorney General's Office,
             3030 West Grand Boulevard, Tenth Floor,    Detroit, MI 48202-6030
19573074   +Michigan Dept of Nat Res & Envt,    Celeste R. Gill, AAG,    Williams Building, 6th Floor,
             525 W Ottawa St,    Lansing, MI 48933-1067
19018545    Michigan Dept. of Environmental Quality,    525 W. Allegan Street,    P.O. Box 30473,
             Lansing, MI 48909-7973
19018546   +Michigan Unemployment Agency,    3030 West Grand Boulevard, Suite 9-600,    Detroit, MI 48202-6030
19402870   +RIVERVIEW-TRENTON RAILROAD COMPANY,    C/O MILLER JOHNSON, PLC,    ATTN: JOHN T. PIGGINS,
             250 MONROE AVE., NW, SUITE 800,    GRAND RAPIDS, MI 49503-2283
19018547   +Sapir Group LLC,    c/o The Sapir Organization,    Attn: Richard L'Altrelli,    384 Fifth Avenue,
             New York, NY 10018-8166
19018548   +Steven Sliver, Envir. Engineer,    Dept. of Environmental Quality,    Waste Management Division,
             P.O. Box 30241,    Lansing, MI 48909-7741
19018549   +U.S. Attorney - IRS,    Attn: Civil Division,    211 West Fort Street, Suite 2300,
             Detroit, MI 48226-3269
19018550   +U.S. Environmental Protection Agency,    Region Five,    77 W. Jackson Blvd.,
             Chicago, IL 60604-3579
19586626    US Environmental Protection Agency,    ENRD, P.O. Box 7611,    Ben Franklin Station,
             Washington, DC 20044
19103891   +WAYNE COUNTY TREASURER,    400 MONROE, STE 520,    DETROIT, MICHIGAN 48226-2942
19018551   +Waste Management Division,    608 West Allegan,    Lansing, MI 48933-1524
19018552   +Wayne County Treasurer,    c/o Jacob S. Ghannam, Esq.,    400 Monroe Street, Suite 660,
             Detroit, MI 48226-2925
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19018536      EDI: IRS.COM Nov 04 2011 22:38:00     Department of the Treasury,    Internal Revenue Service,
              P.O. Box 21126,    Philadelphia, PA 19114
19018537      EDI: IRS.COM Nov 04 2011 22:38:00     District Director, IRS,    Attn: SBSE/Insolvency Unit,
              P.O. Box 330500, Stop 15,    Detroit, MI 48232
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2011**                    **Signature:**         *Joseph Speetjens*